FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 29 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

# EXHIBIT A: STIPULATED FACTS – JEFFREY SOPHER

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **JEFFREY SOPHER** ("**SOPHER**"), was a resident of Marbury, Maryland.

On or about July 4, 2009, **SOPHER** took a photograph of a three-year-old child, K.S., who was sleeping in a room in his home. K.S. was wearing a dress and underwear. **SOPHER** took a second photograph of K.S. while her legs were spread apart and pushed her underwear aside so that her genitals were displayed in a lascivious manner. **SOPHER** took both of these photos with his cell phone and subsequently uploaded the two photos to his computer.

On May 9, 2009, **SOPHER**, utilizing the email account yungirlz69@yahoo.com, received an email from a known child pornography producer asking ""may I have pics of the little one?" The producer attached five images depicting naked prepubescent females walking around a lake. On August 31, 2009, **SOPHER** received an email with the subject line, "pics 4 pics?" and six image files attached. One image file depicted a minor female displaying her genitalia in a lascivious manner. On August 31, 2009, **SOPHER** responded to another email he had received stating, "Hi, that girl is absolutely beautiful!! Thanks for the pics. Here are some for you. Do you have any video with her or anyone else? I would love to see it. Thanks again!" **SOPHER** attached two zipped files to this email; one zip file contained the two photos **SOPHER** took of K.S.

On September 2, 2009, **SOPHER** received an email with a video file attached that depicted a minor female engaged in sexually explicit conduct. **SOPHER** responded to the email stating, "That was incredible. Thanks! How do you get them? I cant find anything like that!"

On September 20, 2009, **SOPHER** sent an email to an individual with a file attached. The file was the photo that **SOPHER** took of K.S. where her genitals were displayed in a lascivious manner.

On October 28, 2011, a search warrant was executed at **SOPHER**'s residence. A bedroom, bed linen, and other objects matched the background of the photos of K.S. taken by **SOPHER**. **SOPHER** agreed to speak with agents and advised that he utilized the email address yungirlz69@yahoo.com. **SOPHER** acknowledged that he received emails with files that depicted children engaged in sexually explicit conduct. **SOPHER** also confessed to taking the two photos of K.S. at his home, and that the hand and finger pulling K.S.'s underwear to the side to expose her genitals in the second photo is his.

A forensic exam of **SOPHER**'s digital media items contained the one of the images of K.S. in thumbnail form. Approximately 10 files of child pornography were identified on **SOPHER**'s digital media.

Both email addresses **SOPHER** sent the photos of K.S. to resolve to Internet Service Providers located in Europe. As such, the images traveled in interstate and foreign commerce.

*****

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_3/30/12_
Date

_[signature]_
Jeffrey Sopher

I am Jeffrey Sopher's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_3/30/12_
Date

_[signature]_
J. Dennis Murphy, Jr., Esq